**Corrected:  November 10, 2008**

# United States Court of Appeals for the Federal Circuit

2008-1314

TAKEDA PHARMACEUTICAL COMPANY LIMITED,

Plaintiff-Appellee,

and

TAP PHARMACEUTICAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

TEVA PHARMACEUTICALS USA, INC.
and TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellants.


William F. Cavanaugh, Jr., Patterson, Belknap, Webb & Tyler LLP, of New York, New York, argued for all plaintiffs-appellees.  With him on the brief were Stuart E. Pollack, Chad J. Peterman, and Melissa Mandrgoc.

Eric J. Lobenfeld, Hogan & Hartson LLP, of New York, New York, for plaintiff-appellee Takeda Pharmaceutical Company Ltd.  With him on the brief were Arlene L. Chow, Tedd W. Van Buskirk, Dillon Kim; and Philippe Y. Riesen, of Tokyo, Japan.

Henry C. Dinger, Goodwin Procter LLP, of Boston, Massachusetts, argued for defendants-appellants.  On the brief were John L. North, Jeffrey J. Toney, Jeffrey D. Blake, Darcy L. Jones, and David A. Reed, Sutherland Asbill & Brennan  LLP, of Atlanta, Georgia.

Appealed from:  United States District Court for the District of Delaware

Judge Sue L. Robinson

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1314

TAKEDA PHARMACEUTIAL COMPANY LIMITED,

Plaintiff-Appellee,

and

TAP PHARMACEUTICAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

TEVA PHARMACEUTICALS USA, INC.
and TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellants.

# Judgment

ON APPEAL from the      United States District Court for the District of Delaware

in CASE NO(S).      06-CV-33

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, LINN, <u>Circuit Judge</u>, WARE*, <u>District Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  November 7, 2008      /s/ Jan Horbaly
                                  Jan Horbaly, Clerk

---

*      Honorable James Ware, District Judge, United States District Court for the Northern District of California, sitting by designation.